IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| EAST HALLOWS LIMITED LIABILITY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | NO. 3:19-cv-00465 |
| v. | ) ) | JUDGE CAMPBELL |
| LIVE NATION ENTERTAINMENT, INC., | ) ) ) | MAGISTRATE JUDGE FRENSLEY |
| Defendant. | ) | |

## ORDER

Pending before the Court are Live Nation Entertainment, Inc.'s Motion for Summary Judgment (Doc. No. 43) and Motion to Strike (Doc. No. 51). For the reasons stated in the accompanying Memorandum, the Motion to Strike (Doc. No. 51) is **DENIED** as to the Declaration of Rae Solomon and Exhibit 41, and **MOOT** as to the expert reports; and Defendant's Motion for Summary Judgment (Doc. No. 43) is **GRANTED**. In light of this disposition, the parties Joint and Unopposed Motion for Status Conference (Doc. No. 82) is **MOOT**.

This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE